Filed 12/19/14  In re D.A. CA2/6

**NOT TO BE PUBLISHED IN THE OFFICIAL REPORTS**

**California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.**

IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

SECOND APPELLATE DISTRICT

DIVISION SIX

| | |
|---|---|
| In re D.A., a Person Coming Under the Juvenile Court Law. | 2d Juv. No. B257395 (Super. Ct. No. J069186) (Ventura County) |
| VENTURA COUNTY HUMAN SERVICES AGENCY,    Plaintiff and Respondent, v. T.Z.,    Defendant and Appellant. | |

T.Z. appeals the juvenile court's order terminating his parental rights and selecting adoption as the permanent plan for his minor child D.A. (Welf. & Inst. Code, § 366.26).  We appointed counsel to represent him on appeal.

On September 24, 2014, counsel filed a brief in which she informed us that she had found no arguable issues.  That same day, we sent a letter to appellant at his last known address notifying him that he had 30 days within which to submit any contentions that he wished us to consider, and that the appeal would be dismissed in the absence of

any arguable issues.  The notice was returned as undeliverable.  Appellant's attorney is unaware of his whereabouts, and appellant has not notified us of his new address.

Because no claim of error or other defect has been raised in this matter, the appeal filed July 9, 2014, is dismissed as abandoned.  (*In re Phoenix H.* (2009) 47 Cal.4th 835, 844-845; *In re Sade C.* (1996) 13 Cal.4th 952, 994.)

NOT TO BE PUBLISHED.


PERREN, J.


We concur:


GILBERT, P. J.


YEGAN, J.

2

Ellen Gay Conroy, Judge

Superior Court County of Ventura

_____

Amy Z. Tobin, under appointment by the Court of Appeal, for Defendant and Appellant.

No appearance for Plaintiff and Respondent.